Richmond, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Submit order, to be approved as to form by corporation counsel. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of a Presentment by the GRAND JURY OF RICHMOND COUNTY, January, 1929.— Order appointing Hon. Abel E. Blackmar, official referee, to investigate, and appointing Jackson A. Dykman as counsel to assist in such investigation, signed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of MARY R. HART for the Payment of a Legacy Bequeathed by the Last Will and Testament of FREDERICK KLOPPENBURG, Deceased. MARY R. HART, Appellant; SARAH KLOPPENBURG, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Application of SILVIO A. LANZA, Respondent, for an Order of Mandamus against GEORGE J. RYAN, as President, and Others, as Members of the Board of Education of the City of New York, and Others, Appellants. — Motion for reargument granted and case set down for Monday, November 11, 1929. Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Petition of ISIDOR LAZARUS, as Plaintiff's Attorney, Respondent, against MARK HENRY SCHNEIDER, as Plaintiff, and ANTONIO D. MELGAREJO RANDOLPH, as Defendant, Appellants.— Motion to dismiss appeals denied upon condition that appellants perfect the appeals for the January, 1930, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent twenty dollars costs within ten days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

HERMAN I. KAPLAN and MOSES ROSENSTOCK, Respondents; v. LUJOSAM CORPORATION, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

WALTER S. KLEE, as Trustee, Respondent, v. CORNAGA AVENUE HOLDING CORPORATION, Appellant, and CROSSWAYS APARTMENTS CORPORATION and Others, Defendants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MANHATTAN TAXI SERVICE CORPORATION, Appellant, v. CHECKER CAB MANUFACTURING CORPORATION and Another, Respondents.— Motion to modify order of reversal dated October 7, 1929,* denied, with ten dollars costs. Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MANHATTAN TAXI SERVICE CORPORATION, Appellant, v. CHECKER CAB MANUFACTURING CORPORATION and Another, Respondents.— Motion to modify decision denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

FREDDIE McCLURE, Also Known as FREDERICK T. McCLURE, Respondent, v. CAROLINE SWEENEY, Respondent, and EDWARD E. DEAN, Referee, Appellant.—

---

* See 226 App. Div. 624.— [REP.